UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> KLARISSA MONTEROS, <br><br> Defendant. | NO. CR13-5637BHS <br><br> ORDER TO SEAL |

Having read the Government's Sentencing Memorandum in the above-captioned case, which was filed under seal, and Government's Motion to Seal requesting that the Government's Sentencing Memorandum be allowed to remain under seal,

It is hereby ORDERED that the Government's Sentencing Memorandum in this matter shall remain sealed.

DATED this 11th day of February, 2014.

_[signature]_
BENJAMIN H. SETTLE
United States District Judge

ORDER TO SEAL - 1
*United States v. Klarissa Monteros*, CR13-5637BHS

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800