UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR13-5637 BHS |
| Plaintiff, ) | |
| ) | ORDER GRANTING DEFENDANT'S |
| v. ) | MOTION FOR LEAVE TO FILE HER |
| ) | SENTENCING MEMORANDUM |
| KLARISSA MONTEROS, ) | UNDER SEAL |
| ) | |
| Defendant. ) | |
| ) | |

Defendant having moved for leave to file her sentencing memorandum under seal, and the court having considered the motion and the reasons set forth in the declaration of defense counsel filed in support of the motion, the court has concluded that good and sufficient reasons have been presented for granting the motion. Accordingly, it is hereby

ORDERED that the defendant may file her sentencing memorandum, under seal.

DONE this 11th day of February, 2014.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

*/s/ Allen R. Bentley*
ALLEN R. BENTLEY
WSBA No. 12275
Law Offices of Allen R. Bentley
1111 Third Avenue
Seattle, WA 98101
Telephone: (206) 343-9391
Fax: (206) 682-3746
Email: abentley@concentric.net

ORDER- 1