# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR13-5637 BHS |
| Plaintiff, ) | |
| ) | ORDER GRANTING DEFENDANT'S |
| v. ) | MOTION FOR PERMISSION TO TRAVEL |
| ) | OUT OF THE DISTRICT |
| KLARISSA MONTEROS, ) | |
| ) | |
| Defendant. ) | |

Defendant having moved for permission to travel to the Central District of California on July 23, 2014, returning to the Western District of California on July 29, 2014, the court having considered the motion and the reasons for the motion, as set forth in the declaration of defense counsel filed in support of the motion, the court has concluded that sufficient reasons have been presented for granting the motion. Accordingly, it is hereby

ORDERED that the defendant may travel to the Central District of California on July 23, 2014, returning to the Western District of Washington on July 29, 2014; and it is further

ORDERED that all of the other conditions set for the defendant's release by Magistrate Judge Strombom on June 17, 2014 shall remain unchanged and the Evidentiary Hearing on Revocation of Supervised Release is reset for August 18, 2014 at 1:30 p.m.

DONE this 14th day of July, 2014.

BENJAMIN H. SETTLE
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION
FOR PERMISSION TO TRAVEL OUT OF THE DISTRICT - 1

Law Offices of Allen R. Bentley
1111 Third Avenue, Suite 2220
Seattle, WA 98101-3207
(206) 343-9391

Presented by:

*/s/ Allen R. Bentley*
ALLEN R. BENTLEY
WSBA No. 12275
Law Offices of Allen R. Bentley
1111 Third Avenue
Seattle, WA  98101
Telephone: (206) 343-9391
Fax: (206) 682-3746
Email:  abentley@concentric.net

CERTIFICATE OF SERVICE

I certify that on June 28, 2014, I electronically filed the foregoing [Proposed] Order Granting Defendant's Motion for Permission to Travel Out of the District with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the United States of America, Assistant United States Attorney Gregory Gruber.

j

By: */s/ Allen R. Bentley*
ALLEN R. BENTLEY
WSBA No. 12275
Law Offices of Allen R. Bentley
1111 Third Avenue
Seattle, WA  98101
Telephone: (206) 343-9391
Fax: (206) 682-3746
Email:  abentley@concentric.net

ORDER GRANTING DEFENDANT'S MOTION
FOR PERMISSION TO TRAVEL OUT OF THE DISTRICT - 2

Law Offices of Allen R. Bentley
1111 Third Avenue, Suite 2220
Seattle, WA 98101-3207
(206) 343-9391